**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HEATHER M. DURAN,

Plaintiff,

v. No. 1:25-cv-0627 DLM

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

**THIS MATTER** is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2.) The Court, having reviewed the application and being otherwise fully advised, finds it is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE