**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**HEATHER M. DURAN,**

**Plaintiff,**

**v.** **No. 1:25-cv-0627 DLM**

**FRANK BISIGNANO,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**ORDER**

**THIS MATTER** is before the Court on the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act. (Doc. 26.) Having considered the motion and noting it is unopposed, the Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is awarded attorney fees in the amount of $5,430.90 for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as the prevailing party herein. If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), they must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot

agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

**IT IS SO ORDERED.**

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE